[Cite as *State ex rel. Cummings v. Corrigan*, 2024-Ohio-668.]

# COURT OF APPEALS OF OHIO

# EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

STATE EX REL., KENSHAWN
CUMMINGS,                                       :

     Relator,                                  :

                                      No. 113563

     v.                                        :

JUDGE PETER J. CORRIGAN,                         :

     Respondent.                               :

---

JOURNAL ENTRY AND OPINION

**JUDGMENT:** COMPLAINT DISMISSED
**DATED:** February 16, 2024

---

Writ of Procedendo
Order No. 572105

---

### *Appearances:*

Kenshawn Cummings, *pro se.*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and James E. Moss, Assistant Prosecuting Attorney, *for respondent.*

SEAN C. GALLAGHER, J.:

{¶ 1} On January 17, 2024, the relator, Kenshawn Cummings, commenced this procedendo action against the respondent, Judge Peter J. Corrigan, to compel the judge to rule on his postconviction-relief petition, which he filed on

November 22, 2022, in the underlying cases, *State v. Cummings,* Cuyahoga C.P. Nos. CR-16-607962 and CR-16-608614. A review of the docket in those underlying cases shows that on February 13, 2024, the respondent judge issued a nine-page journal entry, constituting findings of fact and conclusions of law, that denied Cummings's postconviction relief petitions in each case. This journal entry establishes that the respondent judge has proceeded to judgment on the subject motion and that this procedendo action is moot.

{¶ 2} Accordingly, this court sua sponte dismisses Cummings's procedendo action as moot. Respondent to pay costs; costs waived. This court directs the clerk of courts to serve all parties notice of the judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶ 3} Complaint dismissed.

_____
SEAN C. GALLAGHER, JUDGE

MARY EILEEN KILBANE, P.J., and
MARY J. BOYLE, J., CONCUR